

**DADE Auctions, Inc.**
6546 Weatherfield Ct, Suite C-2
Maumee, Ohio 43537
844-222-2020
567-207-3030
fax 844-333-3030

### DADE AUCTIONS EQUIPMENT LISTING AND CONSIGNMENT AGREEMENT for AUCTION AND BUY IT NOW LISTINGS

This Agreement is made and entered into as of September 15, 2020, by and between Oak Cliff Recycling Inc ("Seller"), and Dade Auctions, Inc. ("Consignee"). **This agreement expires 180 days after your digital signature date, per terms below, and shall automatically renew for the same term until the sales transaction is completed**, or cancellation notification from the Seller whichever occurs earlier. Cancellation notice from the Seller must occur 15 days prior to the end date of the Agreement to effectively cancel the contract renewal.

**SELLER**   (Corporate Headquarters Address)                                September 15, 2020

Oak Cliff Recycling Inc
500 Brown Industrial Rd.
Waxahachie, TX 75167-9290
Benjie Smith
(972)839-7943
Account No:  11676

**CONSIGNEE**

DADE Auctions, Inc                                    Account Rep     FBKR
1789 Indian Wood Circle
Suite 250
Maumee, Ohio 43537.

By: Andrew  Fournier

Title: Vice President

**Equipment for Consignment:**

Quantity:  [ 1 ]     If more than one item, list cost of an individual item below.

Type of Equipment:    Auto Shredder

Equipment Manufacturer    Harris

Equipment Make and Model    Auto Shredder HS6090

as further described and identified in the attached Schedule A.

**AUCTION OPTIONS**

**Type of Listing:**

☑  Buy it Now (With Make Offer option)

750,000.00

Revised 08.13.2020

**Listing Price per Each $**

☐ **Reserve Price Auction**

**Set Reserve Price At   $** [            ]

☐ **Absolute Auction  (Equipment Will sell to highest Bidder at Auction end)**

**In consideration of the mutual obligations and undertakings hereafter set forth, Seller and Consignee hereby covenant and agree as follows**:

1. **Consignment.** Seller hereby provides to Consignee, on a consignment basis, all of the equipment individually identified on Exhibit A attached hereto and incorporated herein (collectively the "Equipment"). This means that Seller owns the Equipment and is responsible for all expenses of the Equipment until sold to a third party purchaser. In no event shall Consignee own the Equipment, but will have the EXCLUSIVE right to sell such Equipment on behalf of Seller during the terms of this agreement. At all times during the term of this contract or its continuations, this equipment must be available for sale on this site ONLY. Listing this equipment on other sites or with other brokers is cause for early termination of this contract and listing and will incur a 20% fee of the listed value or fair Market Value as determined by Dade Auctions.

2. **Retention of Title.** In no event shall title to any of the Equipment be deemed to be transferred to Consignee and the title to the Equipment shall be retained by Seller until such time as the Equipment is sold to a third party purchaser.

3. **Listing Fee.** Upon consigning Equipment to Consignee, Seller shall pay Consignee a nonrefundable fee of $ [N/A] per Equipment item for the cost of listing an Equipment item for sale, including but not limited to costs associated with delivery and storage (if applicable) and advertising the Equipment for sale ("Listing Fee").

4. **Sale of Equipment Fee; Allocation of Proceeds**; **Payments to Seller Upon Sale**. Seller hereby authorizes Consignee to sell any or all of the Equipment listed on Exhibit A attached hereto in the ordinary course of Consignee's business on Seller's behalf, and further agrees that Consignee shall retain 10% of the sale as a consignment fee for Consignee's sale of such Equipment. After Consignee's receipt of payment for the sale of such Equipment item, Consignee shall subtract its consignment fee and/or other additional fees that may apply (see Exhibit B for a fee list), and remit the remaining amount to the Seller, within 15 days after the sales transaction has completed, and all funds due have been received from the third party purchaser and the Equipment has been delivered to the Buyer.

5. **Commitment to Sell, Exclusivity and Early Termination of Auction and Listing:** *By entering into this Agreement for use of the Dade Auctions website, you hereby extend an irrevocable offer to sell the Equipment, as applicable, (a) to a Buyer who is the highest bidder and who meets or exceeds the opening bid, the Reserve Price, or Asking Price, as applicable (b) to a Buyer who commits to purchase Equipment at the Buy Now Price; or (c) to a Buyer who commits to purchase Equipment at the Negotiated Price. You also agree to terminate any other listings on any other marketplace for the pendency of this listing.*

*Any cancellation or termination prior to the listing agreement expiration for any reason, will incur a 20% fee of the listed value or Fair Market Value as determined by Dade Auctions, to you as the seller.*

*Note that Dade Auctions reserves the right to sell any listed equipment up to the end date of the listing, which includes the notification period.*

6. **Financing the Sale of Equipment**. Consignee may provide financing for the sale of any Equipment item. Notwithstanding anything herein, Consignee may sell an Equipment item to a third party purchaser with third party financing.

7. **Delivery; Repairs; Maintenance**. The Third Party Purchaser shall be solely responsible for the performance of, or any costs associated with, the delivery of an Equipment item to the third party purchaser. Seller shall be responsible for the maintenance of the Equipment, at its sole cost and expense, until the sales transaction is completed. If there are any adverse material changes to the equipment condition or function, the Seller shall notify the Consignee immediately.

8. **Risk of Loss or Damage**. Seller shall assume all liabilities associated with the Equipment during the term of this Agreement until such Equipment item is sold. Seller shall hold Consignee harmless from loss of Equipment by theft, fire, vandalism, flood, deterioration, etc. or damage to the Equipment. In the event of loss of equipment while a binding offer has been accepted by the Seller, the Seller hereby agrees to subrogate the consignee to the insurance proceeds in an amount equal to the fee due to the consignee by both the Buyer and Seller

9. **Representations and Warranties by Seller**. Seller warrants that they are the owner of the equipment OR legally represent the owner, and possess good and marketable title to the Equipment, none of which will be subject to any liens or other encumbrances, including blanket liens, except any that may be listed on Exhibit A.

10. **Warranties**. *Unless otherwise stated specifically in the listing*, Consignee and Seller shall not offer any warranties on the sale of an Equipment item except to the extent a warranty is required by law and cannot be disclaimed. The following language shall appear in bold, all capital letters on each bill of sale, purchase order or other contract for sale used in connection with a sale of an Equipment item:

"UNLESS OTHERWISE STATED SPECIFICALLY IN THE LISTING, TO THE EXTENT PERMITTED BY APPLICABLE LAW, THE ITEM SOLD IS BEING SOLD ON AN "AS IS – WHERE IS" BASIS, WITHOUT ANY WARRANTY, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. SELLER SHALL NOT BE LIABLE FOR LOSS OF REVENUES OR PROFITS, INCONVENIENCE, EXPENSE FOR SUBSTITUTE EQUIPMENT OR SERVICE, STORAGE CHARGES, LOSS OR ANY OTHER SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES CAUSED BY THE USE OR MISUSE OF, OR INABILITY TO USE THE ITEM SOLD. IN NO EVENT SHALL SELLER'S LIABILITY EXCEED AMOUNT BUYER PAID TO SELLER TO PURCHASE THE ITEM SOLD. BUYER ASSUMES ALL RISK AND LIABILITY FOR LOSS, DAMAGE OR INJURY TO BUYER AND BUYER'S PROPERTY AND TO OTHERS AND THEIR PROPERTY ARISING OUT OF USE OR MISUSE OF, OR INABILITY TO USE THE ITEM SOLD.
AS SOME STATES DO NOT ALLOW THE LIMITATION OR EXCLUSION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, OR DO NOT ALLOW LIMITATION ON IMPLIED WARRANTIES, THE ABOVE LIMITATIONS AND
EXCLUSIONS MAY NOT APPLY TO YOU. YOU MAY HAVE OTHER RIGHTS THAT VARIES FROM STATE TO STATE."

*All statements required by this section shall be printed in a font size of 10 point or higher.*

11. **Transfer of Title**. Seller and Consignee agree to cooperate with one another to execute such documents and take such actions as may be reasonably required to transfer title for Equipment item to a third party purchaser. Seller hereby appoints Consignee as its attorney in-fact for the limited purpose of transferring title to Equipment items sold to third party purchasers in accordance with the terms of this Agreement. Seller's appointment of Consignee as its attorney-in-fact shall be deemed to be revoked with no further action upon the transfer of the last Equipment item.

12. **Sales Tax**. Collection and remittance of any sales tax or use tax is solely the responsibility of the Third Party Purchaser. It is advised that the Third Party purchaser seek competent tax advice regarding any liabilities.

13. **Insurance**. During the term of this Agreement, Seller shall be responsible for maintaining any and all insurance on the Equipment. In no event shall Consignee be responsible for obtaining any insurance or paying any insurance premium for the Equipment.

14. **Amendment**. This Agreement may not be altered or amended, and no right hereunder shall be waived, except by an instrument in writing duly executed by the party or parties to be charged with such amendment or waiver – except that, from time to time, Dade Auctions, at its discretion, may update this Listing and Consignment Agreement. Sellers will be notified through the email address indicated in Section 15. Those changes and modifications will only become effective on all future contract renewals. No waiver of any of the provisions of this Agreement shall be deemed or constitute a waiver of any other provision hereof (whether or not similar), nor shall such waiver constitute a continuing waiver unless otherwise expressly provided.

15. **Notices, etc**. All notices, requests, demands and other communications hereunder shall be in writing and shall be deemed to have been duly given when actually (i) received by the party to whom it is addressed if hand delivered or (ii) sent by registered or certified mail (return receipt requested) or telecopy, fax, email (if transmission is confirmed)


(a) If to Consignee, to:
Dade Auctions, Inc
1789 Indian Wood Circle, Ste. 250
Maumee, Ohio 43537
info@dadeauctions.com

(b) If to Seller to:
Oak Cliff Recycling Inc
500 Brown Industrial Rd
Waxahachie, TX 75167-9290
falconbls@aol.com

16. **Parties in Interest**. The terms and conditions of this Agreement shall inure to the benefit of and be binding upon the parties hereto and their respective successors and assigns. Except as expressly set forth herein, no party hereto shall assign, delegate or transfer, or grant a security interest in, its rights, duties or obligations hereunder to any third party.

17. **Arbitration**. Any controversy or claim arising out of or relating to this Agreement, or any breach hereof except as set forth below, shall be decided and settled by binding arbitration in accordance with Title 9 of the U.S. Code (United States Arbitration Act) and the Commercial Arbitration Rules of the American Arbitration Association then in effect. The place of arbitration shall be Maumee, Ohio. The prevailing party shall be entitled to reimbursement for all expenses incurred in collecting the above scheduled fees including attorney fees, arbitration cost and court cost.

18. **Governing Laws**. This Agreement shall be construed and enforced in accordance with the laws of the State of Ohio without regard to the provisions thereof regarding conflicts of laws.

19. **Entire Agreement; Prior Agreements**. This Agreement and the terms and conditions then in effect on www.dadeauctions.com (https://www.dadeauctions.com/home/terms) represents the entire agreement of the parties with respect to the matters contemplated herein. All prior agreements, representations, warranties, covenants or understandings, verbal or written, regarding the subject matter hereof are hereby terminated and superseded by the execution and delivery of this Agreement, and shall be of no further force or effect. From time to time Dade Auctions, at its discretion, may update this Listing and Consignment Agreement. Sellers will be notified through the email address indicated in **15. Notices, etc.** of the changes to this Agreement. Those changes and modifications will become effective on all future contract renewals.

20. **Severability**. Wherever possible, each provision of this Agreement shall be Interpreted in such manner as to be effective and valid under applicable law, but if any provision of this Agreement shall be prohibited by or invalid under applicable law, such provision shall be ineffective to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or the remaining provisions of this Agreement.

**IN WITNESS WHEREOF**, the undersigned parties hereto have duly executed this Agreement on the date first above written.

**THIS AGREEMENT CONTAINS A BINDING ARBITRATION PROVISION WHICH MAY BE ENFORCED BY THE PARTIES.**

(Corporate Headquarters Address)

Oak Cliff Recycling Inc
500 Brown Industrial Rd
Waxahachie, TX 75167-9290

Signature: *Benjie Smith* (DocuSigned by: 6789B5404B41467...)
Print Name: Benjie Smith
Title:
Phone: (972)839-7943

DADE Auctions, Inc.     9/15/2020
1789 Indian Wood Circle, Ste. 250
Maumee, Ohio 43537

Signature: *Andrew R Fournier*
By: Andrew Fournier
Title: Vice President
Phone: (419)931-9000


# EXHIBIT A

Equipment:

| | |
|---|---|
| Manufacturer: | Harris Corp |
| Make and Model: | Auto Shredder HS6090 |
| Year: | 2012 |
| Serial Number | 3173 |
| Equipment VIN Number: | N/A |
| Equipment Mileage: | N/A |
| Hours: | N/A |

Equipment Description: (Please provide as accurate and detailed description as possible) ( Describe the condition and anything that is wrong with the equipment)

2012 Harris HS6090 Auto Shredder
SN: 3173-201
Good condition machine
Complete Ferrous Shredding System as listed herein:

Shredder Infeed Conveyor
Heavy Duty Feed Chute with supports
Dual Feed Rolls w/ Hagglunds Drive System
60X90 Shredder Mill Assembly
Disc Rotor Assembly
Hydraulic Power Unit
Base Weldment
Heavy Duty Pin Puller
Shredder Spring Boxes
Heavy Duty Undermill Oscillator
Shredder Discharge Conveyor 54" x 60'
Dual Drum Magnets 48" x 60"
Ferrous Picking Conveyor 36" x 30'
Radial Stacking Conveyor 36" x 60'
Belt Scale on Stacker
2300 HP DC Motor
2300 HP Drive Shaft & Coupling
Motor Starter Panel & Conveyor Controls
Shredder Operator Control Tower
Harris Production Management System w/ Automatic Control
Electrical Control Center
Many New Spare Parts
Spare Used Rotor
System has been removed from production and taken off the grid.

**The above information is, to the best of my knowledge, accurate and true. Should any of the above descriptions, including (but not limited to) condition and/or location, change I will notify DADE Auctions immediately.**

Is this equipment free and clear of any liens or encumbrances? ☐ YES  ☑ NO

Lienholder Information (if applicable):

[                                                                 ]

Payoff or amount required to satisfy lienholder or creditor

$ [              ]

Initial: *BS* —DS

Equipment Location:

Same Location ☑ YES  ☐ NO

Other Location Address:

Address: _____
CSZ: _____
Contact: _____
Phone: _____


DocuSign Envelope ID: 2FE415B4-9002-44CF-944E-8B7E52A4BDFF

# Exhibit B: Fee Schedule

| TERM | DESCRIPTION |
|---|---|
| Lien Search Fee (if applicable) | $100.00 |
| Lien Release Fee (if applicable, per item) | $100.00 |
| Bank Wire/ACH Administration Fee (per item) | $ 25.00 |
| Title Transfer Fee Document Administration Fee for Equipment (if applicable) | $100.00 |
| Removal Charge for Equipment (if applicable) | Listing Fee plus 25% of the greatest of (a) the estimated market value as determined by DADE Auctions; (b) the opening bid or buy now price (as set by DADE Auctions); (c) the Asking Price; or (d) the highest bid submitted on the Equipment to the Auction website. Except, in the event that the Asking Price was met, the commission fee of the final selling price as if the Equipment were sold shall be due. |
| Inspection and/or Re-inspection Fee (if applicable) | $250.00. DADE Auctions reserves the right to determine the exact amount of the Re-Inspection Fee for any Equipment requiring re-inspection in its sole discretion on a case-by-case basis. |
| Buyback Charge (if applicable) | 25% of the Equipment's closing price for any involved transaction(s). |
| Post-Closing Delay Charge for Equipment (if applicable) | Charges include, but are not limited to, transportation cancellation or re-scheduling fees, transportation delay fees, hourly or daily average rental cost of equivalent replacement equipment for the Buyer, including loading, unloading and transportation costs. $100 per day. DADE Auctions may assess the Post-Closing Delay Charge at its discretion. |
| Seller Default Fee/Charge | 25% of the winning closing price, plus the Listing Fee (if applicable) and any costs incurred by Buyer and validated by DADE Auctions. |
| Seller default fee for NON-EXCLUSITIVY | |
| Dade Auctions shall be entitled to reimbursement for all expenses incurred in collecting the above scheduled fees including attorney fees and court cost. ||