

# sawan & sawan
### attorneys at law

**Dennis P. Sawan** J.D.
Admitted in Ohio and Georgia

**Dennis E. Sawan** J.D.
Admitted in Ohio and Florida

**Christopher A. Sawan** J.D., C.P.A., M.B.A.
Admitted in Ohio and Michigan

---

**TOLEDO**

416 North Erie Street Suite 200
Toledo, Ohio 43604
P/ 419-900-0955
F/ 419-359-3874

**FLORIDA**

P/ 813-445-5333
F/ 419-359-3874

**GEORGIA**
**MICHIGAN**

---

www.sawanandsawan.com

Oak Cliff Recycling, Inc.
500 Brown Industrial Road
Waxahachie, Texas 75167-9290

October 4, 2021

Re: Demand for Arbitration

To Whom It May Concern:

This letter is written on behalf of my client, Dade Auctions, Inc., in reference to the attached demand for arbitration filed with the American Arbitration Association on today's date.

As you are likely aware, the listing agreement you entered into with Dade Auctions, Inc. contains the following provision:

> Any controversy or claim arising out of or relating to this Agreement, or any breach hereof except as set forth below, shall be decided and settled by binding arbitration in accordance with Title 9 of the U.S. Code (United States Arbitration Act) and the Commercial Arbitration Rules of the American Arbitration Association then in effect. The place of arbitration shall be Maumee, Ohio. The prevailing party shall be entitled to reimbursement for all expenses incurred in collecting the above scheduled fees including attorney fees, arbitration cost and court cost.

If you have legal counsel, please direct this correspondence to their attention immediately.

Respectfully,

*Dennis Sawan*

Dennis E. Sawan, Esq.



# COMMERCIAL ARBITRATION RULES
# DEMAND FOR ARBITRATION

You are hereby notified that a copy of our arbitration agreement and this demand are being filed with the American Arbitration Association with a request that it commence administration of the arbitration. The AAA will provide notice of your opportunity to file an answering statement.

| | | |
|---|---|---|
| Name of Respondent: Oak Cliff Recycling, Inc. | | |
| Address: 500 Brown Industrial Road | | |
| City: Waxahachie | State: Texas | Zip Code: 75167-9290 |
| Phone No.: 214-946-1463 | Fax No.: | |
| Email Address: falconbls@aol.com | | |
| Name of Representative (if known): | | |
| Name of Firm (if applicable): | | |
| Representative's Address: | | |
| City: | State: Select... | Zip Code: |
| Phone No.: | Fax No.: | |
| Email Address: | | |

The named claimant, a party to an arbitration agreement which provides for arbitration under the Commercial Arbitration Rules of the American Arbitration Association, hereby demands arbitration.

**Brief Description of the Dispute:**

The respondent listed an item for sale on the claimant's auction site, the terms and conditions of which provide for auto listing renewals unless the listing party provides timely notice of it's intent to terminate the listing. The party failed to provide said timely notice. Early termination of a listing resulted in a penalty equal to 20% of the listed value - in this instance $135,000 - which equals 20% of the $675,000 list price

**Dollar Amount of Claim:** $ 135,000

**Other Relief Sought:** ☒ Attorneys Fees ☒ Interest ☒ Arbitration Costs ☐ Punitive/Exemplary ☐ Other:

**Amount enclosed:** $ 1,925.00
In accordance with Fee Schedule: ☒ Flexible Fee Schedule ☐ Standard Fee Schedule

**Please describe the qualifications you seek for arbitrator(s) to be appointed to hear this dispute:**

Someone with commercial litigation and contract enforcement experience.

**Hearing locale:** Maumee, Ohio
(check one) ☐ Requested by Claimant ☒ Locale provision included in the contract

**Estimated time needed for hearings overall:** 4 hours or ___ days



**COMMERCIAL ARBITRATION RULES
DEMAND FOR ARBITRATION**

| Type of Business: | |
|---|---|
| Claimant: Corporation | Respondent: Corporation |

Are any parties to this arbitration, or their controlling shareholder or parent company, from different countries than each other?
No

Signature (may be signed by a representative): *[signature]*

Date: 10-4-21

Name of Claimant: Dade Auctions Inc.

Address (to be used in connection with this case): 1789 Indian Wood Circle Suite 250

| City: Maumee | State: Ohio | Zip Code: 43537 |
|---|---|---|
| Phone No.: 567-207-3030 | Fax No.: | |

Email Address: david@dadeauctions.com

Name of Representative: Dennis E. Sawan, Esq.

Name of Firm (if applicable): Sawan & Sawan LLC

Representative's Address: 416 North Erie Street Suite 200

| City: Toledo | State: Ohio | Zip Code: 43604 |
|---|---|---|
| Phone No.: 419-900-0955 | Fax No.: | |

Email Address: des@sawanandsawan.com

To begin proceedings, **please file online at www.adr.org/fileonline**. You will need to upload a copy of this Demand and the Arbitration Agreement, and pay the appropriate fee.