This item is no longer available for purchase. ✕

# Harris 60 x 90 Auto Shredder
## 2012 Complete Ferrous Shredding System Unbeatable Price

Ended

- list similar
- delete
- relist

No sales.



       

0 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 29

### Additional Documents

- Shredder Plant Layout
- Shredder Plant Layout Elevations
- Shipping Weights & Dimensions
- Harris Shredder Brochure

### Details and Restrictions

| | |
|---|---|
| **Location** | Texas |
| **Equipment ID** | 11676 |

**Item #** 452127

**Qty Available** 1

EXHIBIT H

| | |
|---|---|
| End Date | Friday, September 24, 2021 1:15 PM |
| Start Date | Monday, September 13, 2021 11:09 AM |

Listed Price: $675,000.00

1 Unsold                                                                                                   View Purchase History

Description

If you ever wanted to be a SHREDDER don't miss out on this deal.

I will <u>disassemble and load</u> on your trucks this entire shredder for this ridiculous price.

Why you ask...the city says no more shredding after my last ASR fire,

I need the room, and I have ordered a 1200 ton shear to put in its place, that's why.

No there's nothing wrong with the shredder!

When we shut it down the only thing it needed was the usual maintenance that's always necessary on a shredder.

Here's what you get for pocket change...

2012 Harris HS 6090 Auto Shredder

S/N: 3173-201

Complete Ferrous Shredding System as listed herein:

- Shredder Cat Track infeed conveyor
- Heavy duty feed chute with supports
- Dual feed rolls with Hagglunds drive system
- 60x90 shredder mill assembly
- Disc rotor assembly
- Hydraulic power unit
- Base weldement
- Heavy duty pin puller
- Shredder spring boxes
- Heavy duty undermill oscillator
- Shredder discharge conveyor 54" x 60'
- Dual drum magnets 48" x 60"
- Ferrous picking conveyor 36" x 30'
- Radial stacking conveyor 36" x 60'
- Belt scale on stacker
- 2300HP DC motor
- 2300HP drive shaft and coupling
- Motor starter panel and conveyor controls
- Shredder operator control tower
- Harris production management system with auto control
- Electrical control center
- Spare used rotor

Harris 60x90 New Spare Parts

(3) top liners (1 set)

(2) Sets of grates…two sizes

(2) Banana liners

(2) Rotor Hammer Pins

(1) Full set of Hammers (9)

(20) Infeed Cleats

(1) New Infeed Chain

 (1) Anvil set

(1) Reject door

(1) Door Liner

(2) Rotor Tie Rods

New Bearing covers

(1) Take away conveyor 10Hp motor & Gear Box

Large assortment of new conveyor rollers (various)

Large assortment of nuts and bolts (various)

System has been removed from production and taken off the grid.

Selling because company had an ASR fire on the nonferrous line and the city shut the shredder down permanently.

Ferrous shredding line was not affected by the fire.

The complete set of Harris foundation drawings are available.

## Connect With Us Today

Follow us on Facebook, Twitter, and YouTube to get the latest news and the greatest deals!

  

CONTACT US

Phone: (844) 333-3030

Phone: (567) 207-3030

Fax:    (844) 333-3030

Contact Form



QUICK MENU

DADE Capital Corp.

Help

About Us

Terms & Conditions

Privacy Policy

© Copyright 2022 DADE Auctions, Inc.. All Rights Reserved. No part of this web page may be reproduced in any way without the prior written permission of DADE Auctions, Inc..